# United States Court of Appeals for the Federal Circuit

---

June 2, 2010

## ERRATA

---

Appeal No. 2010-M920

## IN RE DEUTSCHE BANK, MISC. NO. 920

Decided:  May 27, 2010
Precedential Order

---

Please make the following change:

Page 6 line 2, change "Hrick" to --Hricik--.